IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IAN ELFENBEIN, LORENZO CASTILLO, and TOM BERMAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SONY COMPUTER ENTERTAINMENT AMERICA, LLC, a Delaware limited liability company, SONY CORPORATION OF AMERICA, a New York Corporation, SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, a Delaware Limited Liability Company,

Defendants.

Case No. 2:11-cv-11912-PDB-LJM
Hon.

______________________________________________/

**NOTICE OF APPEARANCE**

Please take notice that David Honigman of the law firm Mantese Honigman Rossman and Williamson, P.C. appears on behalf of Plaintiffs. I certify that I represent no other parties to this action.

Respectfully submitted,

**MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.**
Attorneys for Plaintiffs

By: s/ David Honigman
Dave Honigman (P33146)
1361 E. Big Beaver Road
Troy, Michigan 48083
(248) 457-9200

Dated: May 25, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2011, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

s/ Brenda Ren
Bren@manteselaw.com
Mantese Honigman Rossman
and Williamson, P.C.
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200